ANHEUSER-BUSCH BREWING ASSOCIATION, Appellee, v. TAYLOR OXLEY, Appellant.

**Assignment of Errors:** STRIKING BRIEF FROM FILES.

*Appeal from Superior Court of Cedar Rapids.*—HON. JOHN T. STONEMAN, Judge.

FRIDAY, JANUARY 20, 1893.

ACTION in replevin for certain liquors. There was a demurrer to the petition, which was overruled; and, the defendant having elected to stand on the demurrer, judgment was entered accordingly, from which he appealed.—*Affirmed.*

*F. G. Clark* and *M. P. Smith*, for appellant.

*W. G. Thompson* and *Rickel & Crocker*, for appellee.

GRANGER, J.—The demurrer to the petition presents three points, and the assignments of error are as follows: *First*, the court erred in overruling defendant's demurrer to the plaintiff's petition; *second*, the court erred in rendering judgment against the defendant for the return of the property and for costs.

We can not consider the assignments, because they are not sufficiently specific. The first point in the demurrer is the controlling one, the second being entirely dependent upon it. The case is controlled by the holding in *Town of Waukon v. Strouse*, 74 Iowa, 547, and cases there cited.

There is a motion to strike from the files the appellee's brief and argument, because not served in time; but a ruling thereon would be of no avail, as without it the conclusion of the case must be the same, for the statute directs us to only regard errors in such cases "which are assigned with the required exactness."—AFFIRMED.